**The below described is SIGNED.**

**Dated: May 17, 2011**

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

J. David Milliner - 5762
J.D. MILLINER, PLLC
100 Redman Building
1240 E. 2100 So., Suite 100
Salt Lake City, Utah 84106
Telephone: 801-505-5600
Email: jdmilliner@att.net

*Counsel for Plaintiff*

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | |
|---|---|
| In re: | |
| Andrew Lewis Van Noy, | **ORDER IMPLEMENTING SETTLEMENT AGREEMENT** |
| Debtor. | |
| | |
| Alan K. Gibson, individually and as general partner of ABAKKIM, LP, | Bankruptcy No. 10-30970 (Chapter 7) |
| Plaintiff, | |
| v. | Adversary No. 10-03019 |
| Andrew Lewis Van Noy, | Hon. R. Kimball Mosier |
| Defendant. | |

THE COURT, having reviewed the Settlement Agreement reached by the parties, and for good cause appearing;

HEREBY ORDERS that:

Filed: 05/11/11

A. the Settlement Agreement reached by the parties is accepted by the Court;

B. this adversary proceeding is dismissed subject to the terms of the Settlement Agreement; and

C. the Court retains jurisdiction over this matter for purposes of enforcing the terms of the Settlement Agreement, including but not limited to the entry of the Stipulated Judgment and the issuance of writs and other orders in furtherance of the collection of thereof, in the event that the Defendant defaults under the terms of the Settlement Agreement.

End of Order.

ORDER SIGNED

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2011, a true and correct copy of the foregoing proposed ORDER IMPLEMENTING SETTLEMENT AGREEMENT was mailed via U.S. mail, first-class postage prepaid to:

Andrew Van Noy
407 N. Center Street
Salt Lake City, Utah 84103

and was transmitted electronically via the ECF system to:

Jody L. Howe, Esq.
Utah Bankruptcy Professionals, P.C.
9227 South 1300 East
Sandy, Utah   84094
jody@utahbankruptcy.com; mike@utahbankruptcy.com & clerk@utahbankruptcy.com

_____/s/_____
J. David Milliner